# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTINEZ, LUIS HUMBERTO | § | Case No. 12-53482 CAG |
| DIAZ, BERTHA ALICIA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on        .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of        $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]        $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSE C. RODRIGUEZ_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:  1

Exhibit A

Case No:    12-53482      CAG    Judge: CRAIG A. GARGOTTA

Case Name:    MARTINEZ, LUIS HUMBERTO
DIAZ, BERTHA ALICIA

For Period Ending: 12/23/13

Trustee Name:   JOSE C. RODRIGUEZ

Date Filed (f) or Converted (c):    11/05/12 (f)

341(a) Meeting Date:    12/13/12

Claims Bar Date:    03/20/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. | REAL PROPERTY<br>Homestead: 7454 Scordato Dr., San Antonio, TX 78266<br><br>LIEN WITH CHASE FOR $96,211.00<br>SCHOOL TAXES $3,527.42<br>PROPERTY TAXES $3,619.17<br>HOA DUES $165.00<br>Debtor Claimed Exemption | 165,960.00 | 0.00 | | 0.00 | FA |
| 2. | BANK ACCOUNTS<br>Wells Fargo Bank - checking (ending 3514) | 147.62 | 147.62 | | 0.00 | FA |
| 3. | BANK ACCOUNTS<br>Wells Fargo Bank - savings (ending 8484) | 2.00 | 2.00 | | 0.00 | FA |
| 4. | HOUSEHOLD GOODS AND FURNISHINGS<br>Household goods<br>Debtor Claimed Exemption | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. | BOOKS, PICTURES, ART OBJECTS<br>Books; Pictures; Movies; Music<br>Debtor Claimed Exemption | 595.00 | 0.00 | | 0.00 | FA |
| 6. | CLOTHING<br>Clothing<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. | JEWELRY AND FURS<br>Jewelry<br>Debtor Claimed Exemption | 350.00 | 0.00 | | 0.00 | FA |
| 8. | OTHER LIQUIDATED DEBTS OWING DEBTOR<br>2012 tax refund | 3,000.00 | 3,000.00 | | 1,800.00 | FA |
| 9. | AUTOMOBILES, TRUCKS, TRAILERS<br>1999 Ford Mustang<br>Debtor Claimed Exemption | 550.00 | 0.00 | | 0.00 | FA |
| 10. | AUTOMOBILES, TRUCKS, TRAILERS<br>1999 Lincoln Navigator<br>Debtor Claimed Exemption | 1,725.00 | 0.00 | | 0.00 | FA |
| 11. | ANIMALS<br>1 Ferret | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  2

Exhibit A

Case No:  12-53482  CAG  Judge: CRAIG A. GARGOTTA

Case Name:  MARTINEZ, LUIS HUMBERTO

DIAZ, BERTHA ALICIA

Trustee Name:  JOSE C. RODRIGUEZ

Date Filed (f) or Converted (c):  11/05/12 (f)

341(a) Meeting Date:  12/13/12

Claims Bar Date:  03/20/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| Debtor Claimed Exemption | | | | | |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $175,829.62  $3,149.62  $1,800.00  $0.00

(Total Dollar Amount
in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/13jr TFR being finalized for filing with UST

9/1/13jr  Refund provided; will process TFR

08/01/13jr Received response; hardship under review

7/11/13jr  Pending letter 2 preparation and response

05/27/13jr Prepare and send letter 2

04/12/13jr  Send letter for refund amount.

02/18/13jr Pending refund receipt and claims deadline

01/02/13jr  Asset is tax refund; notice issued

Initial Projected Date of Final Report (TFR): 09/30/13     Current Projected Date of Final Report (TFR): 12/30/13

FORM 2                                                                                                      Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit B

| | |
|---|---|
| Case No: | 12-53482 -CAG |
| Case Name: | MARTINEZ, LUIS HUMBERTO |
| | DIAZ, BERTHA ALICIA |
| Taxpayer ID No: | 61-6488985 |
| For Period Ending: | 12/23/13 |

| | |
|---|---|
| Trustee Name: | JOSE C. RODRIGUEZ |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0719  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/14/13 | 8 | Wells Fargo Bank, N.A.<br>15320 IH 35 N<br>Selma, Tx. 78154 | REFUND | 1124-000 | 1,800.00 | | 1,800.00 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,790.00 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,780.00 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,770.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 1,800.00 | 30.00 | 1,770.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,800.00 | 30.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,800.00 | 30.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0719 | 1,800.00 | 30.00 | 1,770.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,800.00 | 30.00 | 1,770.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            1,800.00            30.00

LFORM24

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 23, 2013 |

Case Number:   12-53482  
Debtor Name:   MARTINEZ, LUIS HUMBERTO

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>050<br>4700-00 | Bexar County<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Secured | | $0.00 | $0.00 | $0.00 |
| 000008<br>050<br>4700-00 | Judson ISD<br>c/o David G. Aelvoet<br>711 Navarro Suite 300<br>San Antonio, TX 78205 | Secured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Secured | | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $4,725.39 | $0.00 | $4,725.39 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,046.07 | $0.00 | $7,046.07 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $10,263.77 | $0.00 | $10,263.77 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,242.78 | $0.00 | $4,242.78 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,528.45 | $0.00 | $3,528.45 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $4,630.02 | $0.00 | $4,630.02 |
| 000009<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $900.75 | $0.00 | $900.75 |
| 000010<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,412.35 | $0.00 | $1,412.35 |
| 000011<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,213.52 | $0.00 | $4,213.52 |

| | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 23, 2013 |

Case Number:  12-53482                    Claim Class Sequence
Debtor Name:  MARTINEZ, LUIS HUMBERTO

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | | $677.74 | $0.00 | $677.74 |
| 000013 070 7100-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite #200 Tucson, AZ 85712 | Unsecured | | $96.55 | $0.00 | $96.55 |
| 000014 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $10,566.08 | $0.00 | $10,566.08 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Unsecured | | $2,202.28 | $0.00 | $2,202.28 |
| | Subtotal for Class Unsecured | | | $54,505.75 | $0.00 | $54,505.75 |
| | Case Totals: | | | $54,505.75 | $0.00 | $54,505.75 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-53482 CAG
Case Name: MARTINEZ, LUIS HUMBERTO
               DIAZ, BERTHA ALICIA
Trustee Name: JOSE C. RODRIGUEZ

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | Bexar County | $ | $ | $ | $ |
| 000008 | Judson ISD | $ | $ | $ | $ |

Total to be paid to secured creditors            $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSE C. RODRIGUEZ | $ | $ | $ |
| Trustee Expenses: JOSE C. RODRIGUEZ | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | Capital Recovery V, LLC | $ | $ | $ |
| 000010 | Capital Recovery V, LLC | $ | $ | $ |
| 000011 | Capital Recovery V, LLC | $ | $ | $ |
| 000012 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000013 | Capital One, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000014 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE